1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A PLACE FOR ROVER, INC., a Delaware
corporation,

     Plaintiff,

v.

MAD PAWS PTY. LTD., an Australian
private company,

     Defendant.

NO. 2:16-cv-342

COMPLAINT

## **INTRODUCTION**

A Place for Rover, Inc. ("Rover") brings this action against Mad Paws Pty. Ltd. ("Mad Paws"), the owner and operator of the web site located at www.madpaws.com.au/ (the "Infringing Site"), alleging copyright infringement. Mad Paws' copying and reproduction of Rover's copyrighted HyperText Markup Language ("HTML") underlying Rover's website, www.rover.com, infringes Rover's intellectual property rights. Accordingly, Rover seeks damages, injunctive relief, and attorneys' fees as described herein.

## **THE PARTIES**

1.      Rover is a corporation formed under the laws of the State of Delaware with its principal place of business located at 2101 4th Avenue, Suite 400, Seattle, Washington 98121.

2.      Upon information and belief, Mad Paws is an Australian private company with its

COMPLAINT - 1

principal places of business located at 62 Birkley Rd, Manly NSW 2095 and 608 Harris Street, Ultimo NSW 2007, Australia.

## JURISDICTION AND VENUE

3.      This Court has subject-matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338 because it alleges violations of the Copyright Act, 17 U.S.C. § 101 *et seq.*

4.      This Court has personal jurisdiction over Mad Paws because, on information and belief, Mad Paws transacts business in the State of Washington insofar as the infringing Mad Paws website at issue in this action is (or was at the time of the infringing acts in question) hosted by Amazon Web Services, Inc., a business unit of Amazon.com, Inc., which is based in Seattle, Washington. This Court also enjoys personal jurisdiction over Mad Paws because this dispute arises from Mad Paws' intentionally tortious conduct—namely, willfully and deliberately infringing Rover's intellectual property—such that Mad Paws has specifically targeted and injured Rover, who resides in this judicial district.

5.      Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district and has harmed Rover's intellectual property located in this judicial district, and under 28 U.S.C. § 1391(c), because Mad Paws is subject to personal jurisdiction in this judicial district, Mad Paws is deemed to reside in this district.

## FACTUAL ALLEGATIONS

**A.      A Place for Rover**

6.      Founded in 2011 and based in Seattle, Washington, Rover's website, rover.com, provides a mechanism for pet parents to find trustworthy dog sitters in their community. Through its extensive efforts, Rover has established a large and growing community of dog sitters in thousands of communities throughout the United States.

7.      Although Rover also offers a mobile app, the rover.com website remains a critical and valuable component of Rover's business. It invested significant resources in creating its website and the HTML underlying it—such materials were created by employees within the

**focal** PLLC
900 1st Avenue S., Suite 203
Seattle, WA 98134
206.529.4827

scope of their employment.

8.     Rover owns exclusive rights under the Copyright Act for the HTML underlying Rover's website, www.rover.com (the "Rover Work") and has applied to register the copyright in the Rover Work with the United States Copyright Office. Attached hereto as **Exhibit A** is a true and correct copy of the confirmation of filing of the application.

**B.     Mad Paws and its Infringing Site**

9.     Mad Paws describes itself as a "start up" in the "pet boarding market" that assists pet owners in finding affordable and trusted pet sitters.

10.     Although Mad Paws states that it is based in Sydney, Australia, upon information and belief, Mad Paws has registered its domain, madpaws.com.au, through GoDaddy.com, LLC, a Delaware limited liability company with corporate headquarters in Scottsdale, Arizona. Following is the Whois registry information for madpaws.com.au as of October 15, 2015:



11.     In addition, upon information and belief, Mad Paws' website, and therefore the content at issue in this action, is hosted by Amazon Web Services, Inc. ("AWS"), a business unit of Amazon.com, a Delaware corporation based in Seattle, Washington.

12.     Rover recently learned that Mad Paws had, without Rover's authorization, copied

**focal** PLLC
900 1st Avenue S., Suite 203
Seattle, WA 98134
206.529.4827

1    the copyrighted HTML underlying Rover's website and created an unauthorized reproduction of

2    or derivative work from the Rover website, namely, the infringing Mad Paws website,

3    madpaws.com.au.

4            13.     In fact, as the following screenshot of the source code for Mad Paws' Infringing

5    Site illustrates, in copying Rover's copyrighted HTML, Mad Paws retained "Rover" references

6    appearing in the original Rover HTML:



16           14.     The conduct of Mad Paws constitutes direct and willful infringement of Rover's

17   copyrighted work.

18                                  **FIRST CAUSE OF ACTION**

19                   **(Copyright Infringement, 17 U.S.C. § 101 *et seq.*)**

20           15.     Rover realleges and incorporates by reference all of the allegations set forth in

21   paragraphs 1 through 14 above.

22           16.     The Rover Work constitutes an original work of authorship and copyrightable

23   subject matter under the laws of the United States.

24           17.     Rover is the sole owner of all exclusive rights in and to the Rover Work and the

25   corresponding application to register the copyright therein.

26           18.     Mad Paws has copied, created derivative works of, distributed copies to the

27   public, and/or displayed publicly the Rover Work without the consent or authority of Rover,

thereby directly infringing Rover's exclusive rights under the Copyright Act.

19.     The foregoing acts of Mad Paws constitute infringement of Rover's exclusive rights in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

20.     Mad Paws' actions were and are intentional, willful, wanton, and performed in disregard of Rover's rights.

21.     Rover is entitled to injunctive relief pursuant to 17 U.S.C. § 502. Rover has no adequate remedy at law for Mad Paws' wrongful conduct because, among other things, (a) Rover's copyright is unique and valuable property that has no readily determinable market value, (b) Mad Paws' continued infringement harms Rover such that Rover could not be made whole by any monetary award, and (c) Mad Paws' wrongful conduct, and the resulting damage to Rover, is continuing.

22.     Rover has been and will continue to be damaged, and Mad Paws has been unjustly enriched, by Mad Paws' unlawful infringement of Rover's copyrighted work in an amount to be proven at trial.

23.     Alternatively, Rover is entitled to statutory damages under 17 U.S.C. § 504(c), which damages, for the reasons set forth above, should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

24.     Rover is also entitled to recover its attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505.

## **PRAYER FOR RELIEF**

WHEREFORE, Rover respectfully requests judgment be entered in its favor and against Mad Paws as follows:

A.     A permanent injunction enjoining and restraining Mad Paws, and all persons or entities acting in concert with it, during the pendency of this action and thereafter perpetually from copying, creating derivative works from, distributing copies of, and/or publicly displaying the Rover Work or any other copyrighted materials;

COMPLAINT - 5

**focal** PLLC
900 1st Avenue S., Suite 203
Seattle, WA 98134
206.529.4827

B.       An award of damages, including but not limited to, compensatory, statutory, and punitive damages, as permitted by applicable law;

C.       An award to Rover of its costs of suit, including but not limited to, reasonable attorneys' fees, as permitted by applicable law; and

D.       Such other relief as the Court deems just and proper.

Dated this 7th day of March, 2016.                Respectfully submitted,

FOCAL PLLC

By: _s/ Venkat Balasubramani_
     Venkat Balasubramani, WSBA #28269

     _s/ Sean M. McChesney_
     Sean M. McChesney, WSBA #36973

     900 1st Avenue S., Suite 203
     Seattle, WA 98134
     Tel: (206) 529-4827
     Fax: (206) 260-3966
     venkat@focallaw.com
     sean@focallaw.com

     Attorneys for Plaintiff A Place for Rover, Inc.

COMPLAINT - 6

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, A Place for Rover, Inc. demands trial by jury in this action of all issues so triable.

DATED: March 7, 2016                              FOCAL PLLC

By: _s/ Venkat Balasubramani_

COMPLAINT - 7

**focal** PLLC
900 1st Avenue S., Suite 203
Seattle, WA 98134
206.529.4827